# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RUBY MAPP,**

      **Plaintiff,**

v.                                              Case No: 6:16-cv-726-Orl-28DAB

**BLUESTEM BRANDS, INC.,**

      **Defendant.**

## ORDER

In light of the Joint Stipulation of Dismissal (Doc. 15), the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on July 27, 2016.

                                            JOHN ANTOON II
                                            United States District Judge

Copies furnished to:
Counsel of Record